No. 91–1433. GREAT WESTERN COAL (KENTUCKY), INC., ET AL. *v.* SOUTH CAROLINA PUBLIC SERVICE AUTHORITY ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–1434. BAILEY ET AL. *v.* NORTH CAROLINA ET AL. Sup. Ct. N. C. Certiorari denied.

No. 91–1437. BROADCAST MUSIC, INC., ET AL. *v.* CLAIRE'S BOUTIQUES, INC. C. A. 7th Cir. Certiorari denied.

No. 91–1442. COOK, WARDEN *v.* LAFFERTY. C. A. 10th Cir. Certiorari denied.

No. 91–1449. PHILLIPS ET AL. *v.* ALASKA HOTEL & RESTAURANT EMPLOYEES PENSION FUND. C. A. 9th Cir. Certiorari denied.

No. 91–1450. ROBINSON ET AL. *v.* BRUNING. C. A. 10th Cir. Certiorari denied.

No. 91–1451. MESA PETROLEUM CO. ET AL. *v.* COLAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1459. OEHMKE *v.* FREED. C. A. 6th Cir. Certiorari denied.

No. 91–1460. EASTON *v.* SUNDRAM ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–1461. MARTIN *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 91–1469. BRUTOCO ENGINEERING & CONSTRUCTION, INC. *v.* AMERICAN INTERNATIONAL GROUP, INC., ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–1470. FRYAR *v.* ABELL ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–1471. VELOZ-GERTRUDIS ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.